UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ADAMS,

                  Plaintiff,

        -v-

201-207 WEST 11TH ASSOCIATES
LLC, *et al.*,

                Defendants.

26-CV-1853 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Defendants were served on March 10, 2026.  (ECF No. 8.)  On April 10, 2026, counsel appeared for Defendant 201-207 West 11th Associates LLC.  (ECF Nos. 9-10.)  On April 13, 2026, this Court extended Defendant 201-207 West 11th Associates LLC's deadline to file an answer to May 1, 2026.  (ECF No. 12.)  However, no response to the complaint has been filed in the allotted time.  Nor has an appearance been entered on behalf of Defendant Moon Flower West 11th LLC.  Plaintiff has not moved for a default judgment.

      Plaintiff is directed to notify the Court whether he intends to move for default judgment, or if he has received any communication from Defendants or their counsel regarding a response to the complaint.  If Plaintiff fails by May 22, 2026 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.  Plaintiff is directed to serve a copy of this order by mail on Defendant Moon Flower West 11th LLC.

      SO ORDERED.

Dated: May 18, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge