UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSHUA ADAMS,

                      Plaintiff,

          -against-

MMON FLOWER WEST 11th LLC, et al.,

                   Defendants.

------------------------------------------------------------------x

26-CV-01853 (JPO) (VF)

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On March 3, 2026, Plaintiff filed a complaint against Moon Flower West 11th LLC

("Moon Flower") and 201-207 West 11th Associates LLC ("201-207 West"). ECF No. 1.

Plaintiff filed an executed summons that was served on Moon Flower on May 20, 2026. ECF No.

14. Plaintiff filed for a certificate of default against Moon Flower on May 20, 2026 (ECF No.

15), which was granted the same day (ECF No. 24). On May 22, 2026, Plaintiff also provided a

status update that Plaintiff served Moon Flower via the Secretary of State for New York, as well

as by mail and UPS. ECF No. 25. To date, Moon Flower has failed to appear or otherwise

participate in this matter.

      Defendant Moon Flower is directed to file a response to the complaint by **<u>July 24, 2026</u>**.

Moon Flower is warned that **<u>FAILURE TO RESPOND TO THE COMPLAINT OR</u>**

**<u>OTHERWISE APPEAR IN THIS ACTION MAY RESULT IN THE ENTRY OF</u>**

**<u>DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF</u>**. The entry of default judgment would

result in a judgment against Moon Flower based solely on Plaintiff's allegations in the complaint

and without Moon Flower having had an opportunity to contest Plaintiff's evidence in support of its case.

Plaintiff is directed to serve a copy of this order on Moon Flower by **June 25, 2026**, and file an affidavit of service on the docket within three days of service.

Plaintiff and 201-207 West are directed to file a letter indicating whether they are interested in scheduling a settlement conference by **June 30, 2026**.

**SO ORDERED.**

DATED:    New York, New
          York June 23, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge