UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOSHUA ADAMS,

Plaintiff,

-against-

MMON FLOWER WEST 11th LLC, et al.,

Defendants.

---------------------------------------------------------------x

26-CV-01853 (JPO) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 23, 2026, the Court directed defendant Moon Flower West 11th LLC ("Moon Flower") to file a response to Plaintiff's complaint by July 24, 2026 and was warned that a failure to respond may result in the entry of default judgment. ECF No. 29. Although Moon Flower appeared the same day (ECF No. 30), Moon Flower has not filed an answer. The Court also directed Plaintiff to an affidavit of service of the order on Moon Flower, which was not filed.

Thus, Moon Flower is directed to file a response to the complaint by **August 14, 2026**. Moon Flower is warned that **FAILURE TO RESPOND TO THE COMPLAINT OR OTHERWISE APPEAR IN THIS ACTION MAY RESULT IN THE ENTRY OF DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF**. The entry of default judgment would result in a judgment against Moon Flower based solely on Plaintiff's allegations in the complaint and without Moon Flower having had an opportunity to contest Plaintiff's evidence in support of its case.

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

VALERIE FIGUEREDO
United States Magistrate Judge